# Third District Court of Appeal
## State of Florida

Opinion filed April 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1306
Lower Tribunal No. 19-1980
_____

**Saad Remodeling & Custom Home Builders, Inc., etc., et al.,**
Appellants,

vs.

**Martha Guzman,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Feiler & Leach, P.L., and Martin E. Leach, for appellants.

Corona Law Firm, P.A., and Ricardo Corona, Ricardo M. Corona, and Yung Truong, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.